# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Brian W. Schafer                    CASE NO.: 04–16075–rdd

SSN/TAX ID: xxx–xx–7872                    CHAPTER:  7

---

## DISCHARGE OF DEBTOR
## ORDER OF FINAL DECREE

A petition under chapter 7 of title 11, United States Code was filed by or against the Debtor(s) on 9/17/04 ; an order for relief was entered under chapter 7; no order denying a discharge has been granted. The Debtor's estate has been fully administered.

**IT IS ORDERED THAT:**

1. The Debtor is released from all dischargeable debts.

2. Any judgment not obtained in this court is null and void as to the personal liability of the Debtor(s) regarding the following:

(a) debts dischargeable under 11 U.S.C. § 523(a);

(b) debts alleged to be excepted from discharge under 11 U.S.C. § 523(a)(2),(4),(6) or (15) unless determined by this court to be nondischargeable;

(c) debts determined by this court to be discharged.

3. All creditors whose debts are discharged by this order or whose judgments are declared null and void in 2 above, are enjoined from instituting or continuing any action, employing any process or engaging in any act to collect such debts as personal liabilities of the Debtor(s).

4. John S. Pereira is discharged as the Trustee of the Debtor's estate and the bond is cancelled. The chapter 7 case of the Debtor(s) is closed.

Dated: 1/14/05                    Robert D. Drain, Bankruptcy Judge

**EXPLANATION OF BANKRUPTCY DISCHARGE
IN A CHAPTER 7 CASE**

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**

**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0208-1        User: jepps          Page 1 of 1           Date Rcvd: Jan 14, 2005
Case: 04-16075              Form ID: 155          Total Served: 27
```

```
The following entities were served by first class mail on Jan 16, 2005.
db        +Brian W. Schafer,   412 East 79th Street,   Apartment 4A,   New York, NY 10021-1716
aty       +Anthony F. Giuliano,   Pryor & Mandelup, LLP,   675 Old Country Road,   Westbury, NY 11590-4513
tr        +John S. Pereira,   150 East 58th Street,   24th Floor,   New York, NY 10155-0002
smg        N.Y. State Unemployment Insurance Fund,   P.O. Box 551,   Albany, NY 12201-0551
smg        New York City Dept. Of Finance,   345 Adams Street, 3rd Floor,   Attn: Legal Affairs - Devora Cohn,
            Brooklyn, NY 11201-3719
smg        New York State Tax Commission,   Bankruptcy/Special Procedures Section,   P.O. Box 5300,
            Albany, NY 12205-0300
smg        United States Attorney,   One St. Andrew's Plaza,   Claims Unit - Room 417,
            New York, NY 10007-1701
ust       +United States Trustee,   33 Whitehall Street,   21st Floor,   New York, NY 10004-2122
3589304    AMERICAN EXPRESS BLUE,   PO BOX 7863,   FORT LAUDERDALE, FL 33329-7863
3589305    AMERICAN HONDA FINANCE CORPORATION,   P.O. BOX 165378,   IRVING, TX 75016-5378
3589306   +ANNE C. SCHAFER,   P.O. BOX 540,   BLACK HAWK, CO 80422-0540
3589307   +BEDFORD COMPANY,   C/O WALLACK MANAGEMENT,   18 EAST 64TH STREET,   NEW YORK, NY 10021-7286
3589308   +BROOKS BROTHERS,   C/O MONOGRAM CREDIT CARD BANK OF GEORGIA,   P.O. BOX 9739,   MACON, GA 31297-9739
3589310    CHASE,   P O BOX 15902,   WILMINGTON, DE 19850-5902
3589311   +CHASE,   P O BOX 15919,   WILMINGTON, DE 19850-5919
3589312   +CITIBANK/CCSI,   BANKRUPTCY DEPT,   7930 NW 110TH ST,   KANSAS CITY, MO 64153-1270
3589313    FLEET,   P O BOX 15480,   WILMINGTON, DE 19850-5480
3589314   +GEICO,   1 GEICO CENTER,   MACON, GA 31296-0001
3589316   +NEW YORK STATE DEPT OF TAXATIO,   QUEENS DISTRICT OFFICE,   80-02 KEW GARDENS ROAD,
            KEW GARDENS, NY 11415-3600
3589317   +PEOPLES BANK,   P O BOX 7092,   BRIDGEPORT, CT 06601-7092
3589318   +STATE OF NEW YORK,   OFFICE OF THE ATTORNEY GENERAL,   120 BROADWAY,   NEW YORK, NY 10271-0332
3589319   +TRAVELERS INSURANCE COMPANY,   ONE TOWER SQUARE,   HARTFORD, CT 06183-0002
3589320   +UNITED STATES ATTORNEY,   ONE PIERREPONT PLAZA,   14TH FLOOR,   BROOKLYN, NY 11201-2776
3589321   +US DEPARTMENT OF JUSTICE, TAX DIVISION,   BOX 55,   BEN FRANKLIN STATION,
            WASHINGTON, DC 20044-0055

The following entities were served by electronic transmission on Jan 14, 2005 and receipt of the transmission
was confirmed on:
3617249    EDI: BECKLEE.COM Jan 14 2005 19:46:00     American Express Centurion Bank,   c/o BECKET & LEE LLP,
            P.O. BOX 3001,   Malvern, PA 19355-0701
3589309    EDI: CAPITALONE.COM Jan 14 2005 19:46:00     CAPITAL ONE SERVICES,   P O BOX 85015,
            RICHMOND, VA 23285-5015
3589315   +EDI: IRS.COM Jan 14 2005 19:45:00     INTERNAL REVENUE SERVICE,   SPECIAL PROCEDURES FUNCTION,
            625 FULTON STREET,   BROOKLYN, NY 11201-5432
                                                                                           TOTAL: 3


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 16, 2005**          **Signature:** _Joseph Speetjens_